1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL CRAIG BURGDORF

11              Plaintiff,                    No.  2:12-cv-2134 CKD P

12        vs.

13   CAPTAIN FITCH, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff, a Sacramento County Jail prisoner proceeding pro se, has filed a civil

17   rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma

18   pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which

19   must be completed by plaintiff's institution of incarceration has not been filled out.  Also,

20   plaintiff has not filed a certified copy of his prison trust account statement for the six month

21   period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

22   will be provided the opportunity to submit a completed in forma pauperis application and a

23   certified copy in support of his application.

24   /////

25   /////

26   /////

1

1            In accordance with the above, IT IS HEREBY ORDERED that:

2            1.  Plaintiff shall submit, within thirty days from the date of this order, a

3 completed affidavit in support of his request to proceed in forma pauperis on the form provided

4 you are by the Clerk of Court;

5            2.  The Clerk of the Court is directed to send plaintiff a new Application to

6 Proceed In Forma Pauperis By a Prisoner; and

7            3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8 copy of his prison trust account statement for the six month period immediately preceding the

9 filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10 recommendation that this action be dismissed without prejudice.

11   Dated: August 20, 2012

12                _____

13                CAROLYN K. DELANEY
               UNITED STATES MAGISTRATE JUDGE

14

15

16 1
burg2134.3c

17

18

19

20

21

22

23

24

25

26